# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TERA II, LLC,** *et al.*,

      **Plaintiffs,**    :

  v.

**RICE DRILLING D, LLC,** *et al.*,    :

      **Defendants.**

**Case No. 2:19-cv-2221**
**Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

On November 19, 2020, Defendant Gulfport Energy Corporation notified the Court that it filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Texas (Case 20-35562) invoking an automatic stay of this action. Accordingly, this action is **STAYED** pending resolution of or other relief from the bankruptcy action and until further notice from the parties.

All future court dates are hereby **VACATED**. The parties are **ORDERED** to file a joint status report in this case in six months or upon resolution of or relief from the bankruptcy action, whichever occurs first.

    **IT IS SO ORDERED.**

                                  /s/ Sarah D. Morrison
                                  **SARAH D. MORRISON**
                                  **UNITED STATES DISTRICT JUDGE**