IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TERA II, LLC, et al.,** : | |
| : | Case No. 2:19-cv-2221 |
| **Plaintiffs,** : | |
| : | Chief Judge Algenon L. Marbley |
| v. : | |
| : | Magistrate Judge Jolson |
| **RICE DRILLING D, LLC, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

This matter is before this Court on the parties' Joint Motion to Dismiss. (ECF No. 384). Therein, the parties jointly move this Court to dismiss Defendants XTO Energy Inc. ("XTO") and Phillips Exploration, LLC ("Phillips") from this action, pursuant to Fed. R. Civ. P. 21. (*Id.*). The Parties agree that Plaintiffs' claims against XTO and Phillips should be dismissed with prejudice as XTO and Phillips attest they no longer hold an interest of any kind in the leases or wells placed at issue in this lawsuit. (*Id.*, ¶ 1). All parties to this action have consented to the dismissal of these Defendants and agree that no prejudice will result from this dismissal. (*Id.*, ¶ 4).

Accordingly, for good cause shown, the parties' Motion (ECF No. 384) is **GRANTED** and Defendants XTO and Phillips are hereby **DISMISSED with prejudice**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED:** March 18, 2022