# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TERA II, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2:19-cv-2221 |
| | ) | |
| v. | ) | Chief Judge Algenon L. Marbley |
| | ) | |
| RICE DRILLING D, LLC, et al., | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| Defendants. | ) | Electronically Filed |
| | ) | |

## AGREED DISMISSAL ORDER

Pursuant to and in accordance with the Court's Order (Doc. 581), Plaintiffs TERA II, LLC, TERA III, LLC, TERA IV, LLC, Thomas Shaw, Joyce Chambers, Jeannine Shaw, and Donald Scott Harvey hereby dismisses Defendant Ascent Resources-Utica, LLC from this action with prejudice.

The Court retains jurisdiction as to the settlement agreement between Plaintiffs and Defendant Ascent.

                                                  **BY THE COURT:**

                                                  _____

                                                  Chief Judge Algenon Marbley