# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| TERA II, LLC, *et al.*, : | |
| : | Case No. 2:19-cv-2221 |
| Plaintiffs, : | |
| : | Chief Judge Algenon L. Marbley |
| v. : | Magistrate Judge Kimberly. A Jolson |
| : | |
| RICE DRILLING D, LLC, *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

This matter is before the Court for consideration of Plaintiffs' Motion to Temporarily Seal Two Voluminous Trial Exhibits. (ECF No. 643). For good cause shown, the Motion is **GRANTED**. Accordingly, Plaintiffs are **DIRECTED** to file the trial exhibits (P495 and P501) under seal on or before February 16, 2024.

IT IS SO ORDERED.

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

Date: February 13, 2024