### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

TERA II, LLC, *et al.*,          :
                         :   **Case No. 2:19-cv-2221**
        **Plaintiffs,**     :
                         :   **Chief Judge Algenon L. Marbley**
    **v.**                  :   **Magistrate Judge Kimberly. A Jolson**
                         :
RICE DRILLING D, LLC, *et al.*,  :
                         :
       **Defendants.**    :

### <u>VERDICT AND DAMAGES</u>

***Preliminary Question:*** Do you find that under the lease agreement in this case, Plaintiffs reserved their rights to the Point Pleasant Formation?

_____ Yes

 No

***If you answered "No" to this Preliminary Question, go no further, have the jury foreperson sign this verdict form, and notify the bailiff that you have reached a verdict.***

***If you answered "Yes" to this Preliminary Question, proceed to the subsequent questions.***

**<u>Claim 1 – Conversion:</u>**

*See instruction number 27 for reference.*

1. On Plaintiffs' state law claim for **conversion** against Defendant Rice Drilling, we find in favor of (*check one*):

_____ Plaintiffs

_____ Defendant Rice Drilling

2. On Plaintiffs' state law claim for **conversion** against Defendant Gulfport (for conduct after May 17, 2021), we find in favor of (*check one*):

_____ Plaintiffs

_____ Defendant Gulfport


**<u>Claim 2 – Unjust Enrichment:</u>**

*See instruction number 28 for reference..*

1. On Plaintiffs' state law claim for **unjust enrichment** against Defendant Rice Drilling, we find in favor of (*check one*):

_____ Plaintiffs

_____ Defendant Rice Drilling

2. On Plaintiffs' state law claim for **unjust enrichment** against Defendant Gulfport (for conduct after May 17, 2021), we find in favor of (*check one*):

_____ Plaintiffs

_____ Defendant Gulfport

*Complete the remaining questions only if at least one of the above findings is in favor of Plaintiffs.*

## Joint Venture:

*See instruction numbers 39 and 40 for reference.*

1. As to whether Rice Drilling and Gulfport operated a joint venture on or after May 17, 2021, we find (*check one*):

_____ Defendants operated a joint venture on or after May 17, 2021

_____ Defendants did not operate a joint venture

2. If you answered "Defendants operated a joint venture on or after May 17, 2021" in the above question, we find the allocation of tortious conduct to be as follows (*must equal 100%*):

Defendant Rice Drilling: _____%
Defendant Gulfport: _____%
Parties not present (if applicable): _____%
Plaintiffs (if applicable): _____%
Total: <u>100</u>%


## Affirmative Defenses:

1. Are Plaintiffs' claims against Rice Drilling barred by the equitable doctrines of laches and/or estoppel?

_____ Yes

_____ No

2. Are Plaintiffs' claims against Gulfport barred by the equitable doctrines of laches and/or estoppel?

_____ Yes

_____ No

*If you answered "Yes" to the Affirmative Defenses question as to one Defendant, do not answer any further questions about that Defendant, but complete the remaining questions about the other Defendant.*

*If you answered "Yes" as to both Defendants, go no further, have the jury foreperson sign this verdict form, and notify the bailiff that you have reached a verdict.*

**Compensatory or Nominal Damages:**

*State the amount, if any, of compensatory damages you assess, or if you find that Plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00.*

*See instruction numbers 30-35 for reference, depending on your findings above.*

We find Plaintiffs' **compensatory damages** to be:

$ _____ Defendant Rice Drilling

$ _____ Defendant Gulfport (for claims that accrued on or after May 17, 2021)

**Punitive Damages:**

*If you found in favor of Plaintiffs on Claims 1 (conversion) and awarded compensatory damages for this claim, you must determine whether any of the Defendants are liable for punitive damages in addition to any compensatory damages awarded above.*

*See instruction numbers 10 and 36 for reference.*

1. We find the following Defendant(s) liable for **punitive damages** (*check neither, either, or both*):

_____ Defendant Rice Drilling

_____ Defendant Gulfport

*Only answer the following question if you find either or both Defendant(s) liable for punitive damages.*

2. We assess **punitive damages** in the amount of:

$ _____ Defendant Rice Drilling

$ _____ Defendant Gulfport (for claims that accrued on or after May 17, 2021)

**Attorney Fees:**

*If you awarded Plaintiffs punitive damages, you must also decide if Defendants are liable for the reasonable attorney fees of counsel employed by Plaintiffs in the prosecution of this action.*

1. Is Rice Drilling liable for Plaintiffs' reasonable attorney fees as described above?

_____ Yes

_____ No

2. Is Gulfport liable to Plaintiffs' reasonable attorney fees as described above for claims that

accrued on or after May 17, 2021?

_____ Yes

_____ No

**Indemnification:**

*See instruction number 37 for reference.*

1. Is Rice Drilling liable for expenses, fees (excluding attorney fees), and costs requested by Plaintiffs under the Plaintiffs' leases?

_____ Yes

_____ No

2. Is Gulfport liable for expenses, fees (excluding attorney fees), and costs requested by Plaintiffs

under the Plaintiffs' leases for claims that accrued on or after May 17, 2021?

_____ Yes

_____ No

We the jury so render our verdict upon the concurrence of those members who have signed below. All jurors must agree.  Each juror concurring in this verdict signs his/her name hereto.

SIGNED THIS __/__ DAY OF ~~FEBRUARY~~ March, 2024.